1 Name: Danna Vongamath
2 Address: 501 S. City DR
3 Orange CA, 92868
4 Phone: 951-519-4015
5 Plaintiff In Pro Per

*FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT*
*NOV - 4 2024*
*CENTRAL DISTRICT OF CALIFORNIA BY DO DEPUTY*

Related DDJ
FEE DUE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

danna Vongamath,
PLAINTIFF,

vs.

Tort ACT

DEFENDANT(S).

Case No.: 5:24-cv-02534-VBF (ADS)
(To be supplied by the Clerk)

COMPLAINT FOR:
Indivival and
company.
Uniform Commer-
cial code.

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under title 28 united states code 636. Jurisdiction (1) All powers (2) Power to administer sec 3142 title (18) concerning release (3) Power to conduct trial. 3401. title (18) 4. Power to enter (5) Sentence for class. (b)(1)(A)(B)(C)(2)(3)(4)(C) 1.2.3.4.5. (d)(e) contempt

Page Number  1

Pro Se Clinic Form

## II. VENUE

2. Venue is proper pursuant to United States courthouse 3470 Twelfth St room 134. Riverside CA, 92501

## III. PARTIES

3. Plaintiff's name is Danna Vongamath. Plaintiff resides at: 501 S. City Dr, Orange CA, 92868 Theo Lacey facility

4. Defendant In The matter of Danna Vongamath

5. Defendant Superior court of Riverside Mental Health and Superior court of Santa Ana C-50.

2

Pro Se Clinic Form                Page Number

1  __. Defendant ETS crisis center
2  *Insert ¶ #*
3  Riverside California.
4
5
6
7
8  __. Defendant Lary D. Smith facility
9  *Insert ¶ #*
10 Banning California.
11
12
13
14
15 __. Defendant Robert Presley
16 *Insert ¶ #*
17 facility. Riverside California
18
19
20
21
22 __. Defendant Behavior Health
23 *Insert ¶ #*
24 services. Aliso, Orange
25 county.
26
27
28

3

Pro Se Clinic Form                    Page Number

___. Defendant United States of America.

___. Defendant The people of california.

___. Defendant Corona Reginol Hospital.

___. Defendant OCSD. Theo Lacey facility. Orange county.

Pro Se Clinic Form

## IV. STATEMENT OF FACTS

*Insert ¶ #* Real copy

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form

5

*Page Number*

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 10-30-2024

Sign: _____

Print Name: Danna Vongamath

Plaintiff in pro per

# Supreme United State Court of California

| Plaintiff's... | Paupers Forma |
|---|---|
| 1) Danna Vongamath & | Pro si clerk |
| 2) children's | v. |
| | 1) Life insurance Policy company's |
| Docket # | 2) Municipality's |
| Prison Litigation 42.USC 1983 civil rights Key points of Law. Court Listenrs.... Temporal. United State's code. California Public, Private Health, welfare. | 3.) Esquire, Bar, Lawyer's & Attourney's |
| | Defendents..... |

1. Habeas corpus. (78) 1321. exhaustion. 1311.
2. exhaustive remedies criminal Law. Declatory Judgment. 118 (A) 204. Public, private, State, Board officers. 209. agency's, county's. 300. Proper Party's. United State's Corperation Health Saftey, welfare, code. NON-Profit. international crimes 1311. exhausive, criminal Law. 1351. (1) gov ordinance all Federal & state district courts, and To the highest supreme, suprems, superl, superus, super. In this world No Man are women, woman, is above the Law.

page (1)

15. War Power of resulution is
16. prohibited... Conspire, conspiracy,
17. Premeditated, Murder, Kidnaping,
18. Retaliation, Money for hire. etc.
19. In Facts and genral (78) 1358. 1307.
20. 1395. (7) 1311. 1450. (42) USC. 1983. chap
21. Subchapter. 1. genrally. XIV TO XXIV
(78) 111. 78K. 1353. 1354. (118)(A) 111(C)
118 AK. 302. 302. (1) 118(A) 204. 209. 300
Judges. (78) 227. 36. (78) 1351. (1)
1321. 1311. 1482. 1376. (8)(4) 118(A) 214.
Appeals. (30) 3279. 3895. Action.
(13) 3. ground, condition, rights, Action.
code of conduct. Anti-Trust.
call on behalf of magistrate.
also Deprivation. Deprived. deprive.
Danna Vongamath# Booking#3333276
501 S. City DR
Orange CA, 92868
cell phone # 951-519-4015.
Vongamathdanna55@gmail.com

Punitive Dameges. ADR.
Individual & Company's.
NO Power of Attourney....
NO Power of ABove owner
NO Power of State, country.
— change of Address.
Page (2)

Donna # 3322176
501 S. City Dr
Orange CA 92868

ORANGE COUNTY JAIL
THEO LACY FACILITY
INMATE MAIL

# B470

P/O S/ clerk
3470 Twelfth St #134
Riverside CA 92501

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV - 4 2024
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

SANTA ANA CA 926
1 NOV 2024 PM 3 L

FOREVER / USA

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

© USPS 2022