JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DANNA VONGAMATH,** <br>       Plainitff, <br>   v. <br> TORT ACT, <br>       Defendant. | No. ED CV 24-02534-VBF-ADS <br><br> **Dismissing the Case Without Prej.** |

    On November 4, 2024, plaintiff filed the civil rights complaint, CM/ECF Document ("Doc") 1, which was docketed on November 27, 2024. Also on November 27, 2024, the Clerk's Office sent plaintiff a CV-93P Notice re Discrepancies in Prisoner Filing (Doc 3), advising plaintiff that he had to pay the case filing fee or file a proper request to proceed in forma pauperis within thirty days from the date of the order. The Notice clearly warned plaintiff that the action would be dismissed if he did not respond.

    That thirty-day period started on November 28, 2024 and ended at 11:59 p.m. on December 27, 2024, over five weeks ago, and plaintiff has made no further filings.



**Accordingly, this action is DISMISSED without prejudice for** failure to pay the filing fee, failure to prosecute the action with reasonable diligence, and failure to comply with court order.

**This action is** TERMINATED (JS-6).

**IT IS SO ORDERED.**

Dated: February 6, 2025

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge